IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

vs.

NICHOLAS FABIO,

Defendant.

Case No.:   2:25-cr-00247-JAD-NJK

**ORDER TO CONTINUE SENTENCING**
**(First Request)**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That this is the first sentencing continuance requested.

2. Counsel for Defendant Fabio requests a continuance of not less than thirty days.

3. That defense counsel has a scheduling conflict which requires rescheduling Mr. Fabio's presentence investigation report interview. In order to accommodate that request, defense counsel must continue the sentencing to allow the United States Probation enough time to draft the presentence investigation report.

4. That counsel has consulted with Mr. Fabio about this continuance. Mr. Fabio, who is not in custody, supports this request for more time.

5. That the government has agreed to not oppose this request.

6. That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE AND HEREBY ORDERED, that Sentencing and Disposition currently scheduled for January 5, 2026, at 10:00 a.m. be continued to February 9, 2026, at 10:00 a.m.

DATED 22nd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE