**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

Plaintiff,

vs.

NICHOLAS FABIO,

Defendant.

Case No.:   2:25-cr-00247-JAD-NJK

**ORDER TO CONTINUE**
**SENTENCING**
**(Second Request)**

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That this is the second sentencing continuance requested.

2. That defense counsel is in a re-trial on a capital murder case which commenced on January 20, 2026 that is expected to go three to four weeks in District Court, Department 6 in the matter entitled *State vs. Newton*, C-17-322777-1.

3. That defense counsel has urged Mr. Fabio and his mother Ms. Dreed, they both depend on each other, to expedite needed medical care before Mr. Fabio is sentenced to prison.  Mr. Fabio has the following medical appointments forthcoming:

   • January 29, 2026- Cpap follow up for sleep apnea.

   • Feb. 13, 2026 - Dr. Wickens monthly eye injection.

   • March 4, 2026 - Dr. Vernetti endocrinologist - appointment regarding cyst in neck/thyroid & surgical removal.

   • March 26, 2026 - Nephrologist Dr. Fang

Page 4 of 6

**HOFLAND & TOMSHECK**
*228 SOUTH FOURTH ST., FIRST FLOOR*
*LAS VEGAS, NEVADA 89101*
P: (702) 895-6760 • F: (702) 731-6910

4. That counsel has consulted with Mr. Fabio about this continuance. Mr. Fabio understands the need to address medical issues while he has the opportunity and therefore agrees to this continuance.

5. That in addition to Mr. Fabio's medical procedure, his mother, Ms. Dredd, is having abdominal surgery on February 5, 2026.

6. That the government has graciously agreed to not oppose this request. The government's expression of professional courtesy regarding this stipulation does not impact any other substantive and procedural rights enjoyed by that party.

7. That, for the aforementioned reasons, denial of this request for a continuance could result in a miscarriage of justice. In particular, addressing these medical needs before incarceration is advantageous to both the U.S. taxpayer and Mr. Fabio who will enjoy continuity of care for these procedures.

**HOFLAND & TOMSHECK**
*228 SOUTH FOURTH ST., FIRST FLOOR*
*LAS VEGAS, NEVADA 89101*
*P: (702) 895-6760 • F: (702) 731-6910*

## ORDER

IT IS THEREFORE AND HEREBY ORDERED, that Sentencing and Disposition currently scheduled for February 9, 2026, at 10:00 a.m. be continued to March 30, 2026, at 11:00 a.m.

DATED 27th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910