**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

Plaintiff,

vs.

NICHOLAS FABIO,

Defendant.

Case No.:    2:25-cr-00247-JAD-NJK

**ORDER TO CONTINUE
SENTENCING
(Second Request)**

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.  That this is the third sentencing continuance requested.

2.  That defense counsel has urged Mr. Fabio and his mother Ms. Dreed, they both depend on each other, to expedite needed medical care before Mr. Fabio is sentenced to prison.  Mr. Fabio has addressed his numerous medical issues but has unresolved matters which require immediate attention, prior to proceeding to sentencing.

3.  That counsel has consulted with Mr. Fabio about this continuance.  Mr. Fabio understands the need to address medical issues while he has the opportunity and therefore agrees to this continuance.

4.  That in addition to Mr. Fabio's medical procedure, his mother, who is elderly, is recovering from recent medical issues of her own.

5.  That the government has graciously agreed to not oppose this request.  The government's expression of professional courtesy regarding this stipulation does not impact any other substantive and procedural rights enjoyed by that party.

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

6. That, for the aforementioned reasons, denial of this request for a continuance could result in a miscarriage of justice. In particular, addressing these medical needs before incarceration is advantageous to both the U.S. taxpayer and Mr. Fabio who will enjoy continuity of care for these procedures.

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

## ORDER

IT IS THEREFORE AND HEREBY ORDERED, that Sentencing and Disposition currently scheduled for March 30, 2026, at 10:00 a.m. be continued to June 3, 2026, at 10:00 A.M.

DATED 24h day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 · F: (702) 731-6910