**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

Plaintiff,

vs.

NICHOLAS FABIO,

Defendant.

Case No.:    2:25-cr-00247-JAD-NJK

**ORDER TO CONTINUE**
**SENTENCING**
**(Third Request)**

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That this is the third sentencing continuance requested.

2. That the law firm for the defendant has scheduling conflicts that prevent the defense from being able to prepare for the June 3, 2026 sentencing. For example, the firm must file a legal brief regarding law of the case in *State v. Barr*, A-21-835125-W, a state post-conviction action by May 22, 2026. The firm also faces firm deadlines in the two Ninth Circuit appeals in the month of June including *United States v. Dallmann*, CA No. 25-4910, and *Beauregard v. Sampson,* CA No. 25-6686. Both of these appeals are quite complex involving copyright infringement.

3. That defense counsel has urged Mr. Fabio and his mother, Ms. Dreed, they both depend on each other, to expedite needed medical care before Mr. Fabio is sentenced to prison. Mr. Fabio has medical appointments forthcoming including the need to remove potentially cancerous colon polyps and to address severe issues with neuropathy of his feet which are, literally, necrotic.

228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

4. That counsel has consulted with Mr. Fabio about this Motion to Extend the date for sentencing. Mr. Fabio understands the need to address medical issues while he has the opportunity and therefore agrees to this continuance.

5. That the government has graciously agreed to not oppose this request. The government's expression of professional courtesy regarding this stipulation does not impact any other substantive and procedural rights enjoyed by that party.

6. That defense counsel had informed the Office of Probation that it would seek to move the June 3, 2026 sentencing date which assists in that office's schedule.

7. That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice. In particular, the defendant addressing medical needs before incarceration is advantageous to both the U.S. taxpayer and Mr. Fabio who will enjoy continuity of care for these procedures.

228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

## ORDER

Based on the representations of counsel and the government's lack of objection, this Court finds that the parties have shown good cause to extend the sentencing date. **IT IS THEREFORE AND HEREBY ORDERED**, that Sentencing and Disposition currently scheduled for June 3, 2026, at 10:00 a.m. be continued to August 3, 2026, at 11:00 A.M..

DATED 26th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE