HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

Plaintiff,

vs.

NICHOLAS FABIO,

Defendant.

Case No.: 2:25-cr-00247-JAD-NJK

**ORDER TO CONTINUE SENTENCING**
**(Fourth Request)**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That this is the fourth sentencing continuance requested.
2. The bases for this Stipulation is that counsel had a sentencing conflict with the case of *United States v. Tanner*, 2:24-cr-00018-RFB-MDC, which was also set for August 3, 2026. The *Tanner* sentencing has hence been moved to August 4, 2026, but the defense had already adjusted its schedule and due dates assuming this matter would be continued a week.
3. That counsel has consulted with Mr. Fabio about this continuance.
4. That the Government has graciously agreed to not oppose this request.
5. That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

**ORDER**

IT IS THEREFORE AND HEREBY ORDERED, that Sentencing and Disposition currently scheduled for August 3, 2026, at 11:00 a.m. be continued to 10th day August, 2026 at 10:00 A.M.

DATED: 7/16/2026

________________________________________
UNITED STATES DISTRICT JUDGE