**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NICHOLAS FABIO,<br>Defendant. | 2:25-CR-247-JAD-NJK<br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Nicholas Fabio to the criminal offenses, forfeiting the property set forth in the Plea Agreement, Order Granting Stipulation to Modify the Plea Agreement for Forfeiture (Stipulation), and the Forfeiture Allegations of the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which Nicholas Fabio pled guilty. Criminal Information, ECF No. 9; Plea Agreement, ECF No. 10; Stipulation, ECF No. 18; Amended Preliminary Order of Forfeiture, ECF No. 20.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 11, 2025, through December 10, 2025, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 22-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 23.

On November 10, 2025, the United States Attorney's Office served Frank Fabio at Vallejo Verde St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 23-1, p. 3, 5-12, 14-15.

On November 10, 2025, the United States Attorney's Office served Lynda Fabio at 43 Vallejo Verde St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 23-1, p. 3, 5-12, 16-17.

On November 10, 2025, the United States Attorney's Office served and attempted to serve Lynda Reed at 59 Vallejo Verde St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as not deliverable as addressed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 23-1, p. 3, 5-12, 18-20.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Seagate Backup Plus Hard Drive, Model No. SRD00F1, Serial No: NA9F51ZF;

2. iMac Computer, Model A2115 (EMC No. 3194), Serial number C02ZK7VKJV3N;
3. 9mm caliber semi-automatic Glock 19, bearing the serial number EMX071US;
4. approximately 494 9mm Luger cartridges; and
5. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Nicholas Fabio, Frank Fabio, Lynda Fabio, Lynda Reed, and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED August 10, 2026.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE